December 13, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

LILLION DICK CRUSE, Appellant

NO. 14-15-00375-CR

V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment is **REFORMED**, as follows: (1) offense for which defendant convicted is reformed to reflect "Robbery;" (2) findings on deadly weapon is reformed to reflect "No" and the entire finding as to deadly weapon is deleted from the judgment; (3) plea to 1st enhancement paragraph is reformed to reflect "Not True;" (4) findings on 1st enhancement paragraph is reformed to reflect "True;" (5) plea to 2nd enhancement/habitual paragraph is reformed to reflect "Not True;" and (6) findings on 2nd enhancement/habitual paragraph is reformed to reflect "True."

The Court orders the judgment **AFFIRMED** as **REFORMED**.

We further order this decision certified below for observance.